UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

IN RE:                                                                    CASE NO. 17-13869-MER
                                                                         CHAPTER 13

SCOTT DAYTON BICKELL

                                                                JUDGE MICHAEL E ROMERO

                  DEBTOR                                    **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), Douglas B. Kiel, Chapter 13 Trustee files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** <u>M&T BANK</u>

**Final Cure Amount**

| Court Claim # | Account Number | | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|---|
| | 7261 | MORTGAGE ARREARS Post-Petition | $0.00 | $3,652.00 | $3,652.00 |
| 4 | 7261 | MORTGAGE ARREARS Pre-Petition | $912.23 | $912.23 | $912.23 |
| Total Amount Paid by Trustee | | | | | $4,564.23 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid Directly by the Debtor.

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtor, Debtor's Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtor has paid in full the amount required to cure the default on the claim; and 2) whether the Debtor is otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

Pursuant to FRBP 3002.1(h) **on motion of the debtor or Trustee filed within 21 days** after service of the statement under subdivision (g) of this rule, the court shall, after notice and hearing, determine whether the debtor has cured the default and paid all required post petition amounts.

CASE NO. 17-13869-MER

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this 3rd day of May, 2022.

SCOTT DAYTON BICKELL
4465 COPELAND LOOP 203
LITTLETON, CO  80126

DAVID W DRAKE
RANDALL S MILLER & ASSOCIATES
216 16TH ST
SUITE 1210
DENVER, CO  80202

BARRETT FRAPPIER & WEISSERMAN LLP
4004 BELT LINE RD
STE 100
ADDISON, TX  75001

M&T BANK
PO BOX 1288
BUFFALO, NY  14240

M & T BANK
PO BOX 840
BUFFALO, NY  14240-0840

ELECTRONIC SERVICE
United States Trustee
THE LAW CENTER PC

Date:  May 03, 2022

/s/Shannon Fahnestock
for Douglas B. Kiel, Chapter 13 Trustee
7100 E Belleview Ave
Suite 300
Greenwood Village, Co  80111